**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

ACCEPTED
12-14-00072-CR
12th COURT OF APPEALS
TYLER, TEXAS
5/4/2015 10:14:45 PM
CATHY LUSK
CLERK

A. Signature

X _Mary Wells_    ☐ Agent
                  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

Sir Ortiz
Inmate: 01917767
Hutchins Unit
1500 E Langdon Rd.
Dallas, TX 75241

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

5/4/2015 10:14:45 PM

CATHY S. LUSK
Clerk

3. Service Type
   ☑ Certified Mail®    ☐ Priority Mail Express™
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)

7014 1820 0001 9098 8596

PS Form 3811, July 2013    Domestic Return Receipt



# THE JACKSON
# LAW FIRM, PLLC

112 EAST LINE STREET, SUITE 310
TYLER, TEXAS 75702
903-595-6070
FAX 866-387-0152

AUSTIN REEVE JACKSON
BOARD CERTIFIED CRIMINAL LAW
BOARD CERTIFIED CRIMINAL APPELLATE LAW
TEXAS BOARD OF LEGAL SPECIALIZATION

Mr. Sir Ortiz
Inmate 01917767
Hutchins Unit
1500 E. Langdon Rd.
Dallas, TX 75241

<u>By Certified Mail</u>

**Re: Appeal**

Mr. Ortiz:

Please find enclosed a copy of the opinion issued by the Twelfth Court of Appeals in your case. The court has affirmed your conviction.

You do have the right to file a *pro se* Petition for Discretionary Review in the Court of Criminal Appeals should you desire to do so. If you decide to pursue that option you must file your petition prior to the expiration of thirty days from the date of the court's opinion.

As always, should you have any questions I will be happy to assist in any way that I can.

Sincerely,

Austin Reeve Jackson